**No. 67682.**—Liasson Co. v. United States, protest 62/11037 (New York).

Opinion by FORD, J. In accordance with oral stipulation of counsel that the articles are integral and essential parts of resistance thermometers and that said thermometers have as an essential feature an electrical element or device, the claim of the plaintiff was sustained.